UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELINDA L. DREHER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, An Illinois Insurance Corporation, and DOES I-V,<br><br>　　　　　　　Defendants. | NO: 2:24-CV-0139-TOR<br><br>ORDER APPROVING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Stipulated Motion for Agreed Protective Order (ECF No. 27). The Court reviewed the stipulation and the file therein and is fully informed. **IT IS ORDERED:**

The Parties' Stipulated Protective Order (ECF No. 27) is **APPROVED** and shall govern this proceeding.

//

//

ORDER APPROVING STIPULATED PROTECTIVE ORDER ~ 1

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** November 1, 2024.



THOMAS O. RICE
United States District Judge